UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARION FREDERICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NONNATIVE, )<br>)<br>Defendant. ) | Civil Action No. 24-01355 (UNA) |

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the complaint.

Plaintiff has sued "NONNATIVE" at an unknown address. Compl. Caption. In the one-page complaint, Plaintiff writes "Enriching endeavers [sic] are for the indigenous; unprecedented remarks of treachery and betrayal." Following equally unintelligible references, Plaintiff concludes "I am a Vessel." Plaintiff seeks no relief.

Complaints, as here, lacking "an arguable basis either in law or in fact" may be dismissed as frivolous, which "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Furthermore, a court must "dismiss the case at any time" it determines the action to be frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). Consequently, this case will be dismissed by separate order.

_____
TREVOR N. McFADDEN
United States District Judge

Date: July 10, 2024